PHILLIP A. TALBERT
United States Attorney
COLLEEN M. KENNEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISO'S TREE TRIMMING, INC.,<br><br>Defendant. | CASE NO. 23-cv-01290-BAM<br><br>[PROPOSED] ORDER RE *EX PARTE* APPLICATION TO CONTINUE SCHEDULING CONFERENCE<br><br>Date : November 30, 2023<br>Time : 8:30 a.m.<br>Judge : Honorable Barbara A. McAuliffe |

Pending before the Court is the United States' *ex parte* application to continue the scheduling conference set for November 30, 2023. (Dkt. # 4.)  Good cause appearing,

IT IS HEREBY ORDERED, the November 30, 2023, scheduling conference is reset to February 22, 2024, at 8:30 AM. before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   **November 15, 2023**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

[Proposed] Order re *Ex Parte* Application to Continue Scheduling Conference

1