PHILLIP A. TALBERT
United States Attorney
COLLEEN M. KENNEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>CHRISO'S TREE TRIMMING, INC.,<br><br>                          Defendant. | CASE NO.  23-cv-01290-BAM<br><br>[PROPOSED] ORDER RE *EX PARTE* APPLICATION TO CONTINUE SCHEDULING CONFERENCE<br><br>Date    :    February 22, 2024<br>Time   :    8:30 a.m.<br>Judge  :    Honorable Barbara A. McAuliffe |

Pending before the Court is the United States' *ex parte* application to continue the scheduling conference currently set for February 22, 2024. (Dkt. # 6.)  Good cause appearing,

IT IS HEREBY ORDERED, the February 22, 2024, scheduling conference is reset to May 30, 2024, at 8:30 AM. before Magistrate Judge Barbara A. McAuliffe, and all associated deadlines are extended accordingly.

IT IS SO ORDERED.

Dated:   **February 14, 2024**              /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE

[Proposed] Order re *Ex Parte* Application to Continue Scheduling Conference                    1