PHILLIP A. TALBERT
United States Attorney
COLLEEN M. KENNEDY
ROBERT A. FUENTES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>CHRISO'S TREE TRIMMING, INC.,<br><br>             Defendant. | CASE NO. 1:23-cv-01290-BAM<br><br>[PROPOSED] ORDER RE *EX PARTE* APPLICATION TO CONTINUE SCHEDULING CONFERENCE<br><br>Date   :   May 30, 2024<br>Time  :   8:30 a.m.<br>Judge :   Honorable Barbara A. McAuliffe |

Pending before the Court is the United States' *ex parte* application to continue the Scheduling Conference currently set for May 30, 2024. (Dkt. 9.)  Good cause appearing,

IT IS HEREBY ORDERED, the May 30, 2024, Scheduling Conference is reset to September 19, 2024, at 8:30 a.m. before Magistrate Judge Barbara A. McAuliffe, and all associated deadlines are extended accordingly.

IT IS SO ORDERED.

Dated:   **May 24, 2024**              /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE

[Proposed] Order re *Ex Parte* Application to Continue Scheduling Conference                     1