UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cv-01290-BAM |
| Plaintiff, | **ORDER RE *EX PARTE* APPLICATION TO CONTINUE SCHEDULING CONFERENCE** |
| v. | |
| CHRISO'S TREE TRIMMING, INC., | (Doc. 15.) |
| Defendant. | |

Currently pending before the Court is the United States of America's *ex parte* application to continue the Scheduling Conference currently set for September 19, 2024. (Doc. 15.) Having considered the application and status of this action, and good cause appearing, the Scheduling Conference currently set for September 19, 2024, is HEREBY CONTINUED to **January 16, 2025, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**, and all associated deadlines are extended accordingly.

IT IS SO ORDERED.

Dated:   **September 16, 2024**             /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE

1