UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISO'S TREE TRIMMING, INC.,<br><br>　　　　　Defendant. | Case No.  1:23-cv-01290-BAM<br><br>**ORDER RE *EX PARTE* APPLICATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>(Doc. 18.) |

　　　　Currently pending before the Court is the United States of America's *ex parte* application to continue the Scheduling Conference currently set for January 16, 2025.  (Doc. 18.)  Having considered the application and status of this action, and good cause appearing, the Scheduling Conference currently set for January 16, 2025, is HEREBY CONTINUED to **May 15, 2025, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**, and all associated deadlines are extended accordingly.  The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

　　　Dated:　**January 13, 2025**　　　　　　　　　/s/ *Barbara A. McAuliffe*　　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1