UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISO'S TREE TRIMMING, INC.,<br><br>　　　　　Defendant. | Case No. 1:23-cv-01290-BAM<br><br>**ORDER RE *EX PARTE* APPLICATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>(Doc. 22) |

　　　Currently pending before the Court is the United States of America's *ex parte* application to continue the Scheduling Conference currently set for May 15, 2025.  (Doc. 22.)  Having considered the application and status of this action, and good cause appearing, the Scheduling Conference currently set for May 15, 2025 is HEREBY CONTINUED to **September 18, 2025, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**, and all associated deadlines are extended accordingly.

IT IS SO ORDERED.

　　　Dated:　**May 13, 2025**　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1