UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CV-01290-FRS (EPG) |
| Plaintiff, | ORDER GRANTING UNITED STATES' *EX PARTE* APPLICATION TO CONTINUE SCHEDULING CONFERENCE |
| v. | |
| CHRISO'S TREE TRIMMING, INC. AND MOUNTAIN F. ENTERPRISES, | |
| Defendants. | |

Currently pending before the Court is the United States' *ex parte* application to continue the Scheduling Conference currently set for February 5, 2026. Having considered the application, and good cause appearing, the Scheduling Conference is HEREBY CONTINUED to August 6, 2026, at 9:00 AM, and all associated deadlines are extended accordingly.

IT IS SO ORDERED.

Dated:  **February 3, 2026**        /s/ *Erica P. Grosjean*
                                              UNITED STATES MAGISTRATE JUDGE

ORDER                                                                                          1