IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHRISO'S TREE TRIMMING, INC. AND MOUNTAIN F. ENTERPRISES,

Defendants.

CASE NO: 1:23-CV-01290-FJS

ORDER GRANTING UNITED STATES' REQUEST TO CONTINUE SCHEDULING CONFERENCE

Having considered Plaintiff United States' ("Plaintiff") request to continue the scheduling conference (ECF No. 35), and good cause appearing, the court ORDERS:

1. The Plaintiff's application (ECF No. 35) is GRANTED in part to continue the scheduling conference pursuant to the court's calendar;

2. The scheduling conference currently set for October 6, 2026, is continued to January 5, 2027, at 9:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer;

3. The parties shall file their joint scheduling report seven (7) days before the rescheduled conference; and

4. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **September 29, 2026**

UNITED STATES MAGISTRATE JUDGE